IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

AMAL M. SAYED AHMED,       )
                           )
                           )
v.                         )   Criminal No. 1:11-cv-752
                           )
                           )
LEBANESE BUTCHER, INC. et al.,)
                           )
    Defendants.            )

## ORDER

This matter comes before the Court on Plaintiff Amal M. Sayed Ahmed's Motion for Partial Summary Judgment. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion is GRANTED to the extent that Plaintiff is qualified to receive overtime compensation and that the issue of damages against Defendants Lebanese Butcher, Inc., Lebanese Butcher & Restaurant, Inc., and Kheder Rababeh shall be determined at trial on April 4, 2012.

/s/
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 19, 2012