UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMAL M. SAYED AHMED                    )
                                       )
              Plaintiff                )
                                       )
vs.                                    ) C.A. No.1:11cv752
                                       ) CMH/IDD
LEBANESE BUTCHER, INC. et al.,         )
                                       )
              Defendants.              )
_____)

### STIPULATION OF DISMISSAL

The Plaintiff, Amal M. Sayed Ahmed and the Defendants Lebanese Butcher, Inc., Lebanese Butcher & Restaurant, Inc., Kheder Rababeh, and Alia Rababeh, hereby stipulate that this matter has been settled and should be dismissed. Accordingly, Plaintiff and Defendants respectfully move this Court to dismiss this action.

Respectfully submitted,


/s/ John J. Rigby
_____
John J. Rigby, #20116
McInroy & Rigby, L.L.P.
2200 Clarendon Blvd., Suite 1201
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com
Counsel for Plaintiff


/s/
_____
Katherine Martell, #77027
Vienna Law Group, P.C.
10615 Judicial Drive, Suite 101
Fairfax, Virginia 22030
(703) 385-6088
(703) 385-7009 (fax)
kmartell@viennalawgroup.com
Counsel for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jad Najate Sarsour, Esq.
Vienna Law Group
10615 Judicial Drive, Suite 101
Fairfax, Virginia 22030
jad@viennalawgroup.com

Katherine Martell, Esq.
Vienna Law Group
10615 Judicial Drive, Suite 101
Fairfax, Virginia 22030
kmartell@viennalawgroup.com

/s/ John J. Rigby
John J. Rigby, #20116
McInroy & Rigby, L.L.P.
2200 Clarendon Blvd., Suite 1201
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com
Counsel for Plaintiff